## PETE'S GARAGE, LLC
400 CALVIN STREET
DUNMORE, PA 18512
(570) 344-6126

**Community BANK**
Community Bank, N.A. | cbna.com
50-755/213

## PAYROLL CHECK

3723

9/12/2025

PAY TO THE ORDER OF   Daniel R Jones           $ **180.71

One Hundred Eighty and 71/100************************************************************ DOLLARS

Daniel R Jones
5 Havenstrite Lane
Covington Twp, PA 18424

MEMO

AUTHORIZED SIGNATURE

Pay Period: 08/31/2025 - 09/06/2025

⑈003723⑈ ⑆021307559⑆ 2902059746⑈

---

**PETE'S GARAGE, LLC**

3723

| Employee | | | | |
|---|---|---|---|---|
| Daniel R Jones, 5 Havenstrite Lane, Covington Twp, PA 18424 | | | | |

SSN: ***-**-2945
Pay Period: 08/31/2025 - 09/06/2025    Pay Date: 09/12/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| PM Run | 4.00 | 51.50 | 206.00 | 2,056.00 |
| AM Run | | | 0.00 | 2,800.00 |
| Mid-Day Run | | | 0.00 | 35.00 |
| F&A Base | | | 0.00 | 250.00 |
| F&A-Add'l Hours | | | 0.00 | 285.00 |
| Van Run AM | | | 0.00 | 110.00 |
| Partial Run | | | 0.00 | 150.00 |
| Dun/Scr Mileage | | | 0.00 | 153.30 |
| Pres / Colum Day / Thanksgivi | | | 0.00 | 60.00 |
| Am S | | | 0.00 | 40.00 |
| Pm S | | | 0.00 | 75.00 |
| | 4.00 | | 206.00 | 6,014.30 |

| | Current | YTD Amount |
|---|---|---|
| | -24.29 | -751.11 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -1.00 | -25.00 |
| Net Pay | 180.71 | 5,238.19 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Covington Twp | -2.06 | -60.14 |
| Federal Withholding | 0.00 | -42.00 |
| Social Security Employee | -12.78 | -372.89 |
| Medicare Employee | -2.99 | -87.21 |
| PA - Withholding | -6.32 | -184.66 |
| PA - Unemployment Employee | -0.14 | -4.21 |

Pete's Garage, LLC, 400 E. Drinker St., Dunmore, PA 18512, Petes Garage LLC

Powered by Intuit Payroll

# PETE'S GARAGE, LLC



400 CALVIN STREET
DUNMORE, PA 18512
(570) 344-6126

## PAYROLL CHECK

**Community BANK**
Community Bank, N.A. | cbna.com
50-755/213

3815

9/19/2025

PAY TO THE ORDER OF: Daniel R Jones          $ **89.87

Eighty-Nine and 87/100************************************************************************ DOLLARS

Daniel R Jones
5 Havenstrite Lane
Covington Twp, PA 18424

MEMO
AUTHORIZED SIGNATURE

Pay Period: 09/07/2025 - 09/13/2025

⑈003815⑈ ⑆021307559⑆ 290205974 6⑈

---

## PETE'S GARAGE, LLC

3815

**Employee**
Daniel R Jones, 5 Havenstrite Lane, Covington Twp, PA 18424

**SSN**
***-**-2945

Pay Period: 09/07/2025 - 09/13/2025     Pay Date: 09/19/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| AM Run | 2.00 | 51.50 | 103.00 | 2,903.00 |
| PM Run | | | 0.00 | 2,056.00 |
| Mid-Day Run | | | 0.00 | 35.00 |
| F&A Base | | | 0.00 | 250.00 |
| F&A-Add'l Hours | | | 0.00 | 285.00 |
| Van Run AM | | | 0.00 | 110.00 |
| Partial Run | | | 0.00 | 150.00 |
| Dun/Scr Mileage | | | 0.00 | 153.30 |
| Pres / Colum Day / Thanksgivi | | | 0.00 | 60.00 |
| Am S | | | 0.00 | 40.00 |
| Pm S | | | 0.00 | 75.00 |
| | 2.00 | | 103.00 | 6,117.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Covington Twp | -1.03 | -61.17 |
| Federal Withholding | 0.00 | -42.00 |
| Social Security Employee | -6.38 | -379.27 |
| Medicare Employee | -1.49 | -88.70 |
| PA - Withholding | -3.16 | -187.82 |
| PA - Unemployment Employee | -0.07 | -4.28 |
| | -12.13 | -763.24 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -1.00 | -26.00 |
| Net Pay | 89.87 | 5,328.06 |

Pete's Garage, LLC, 400 E. Drinker St., Dunmore, PA 18512, Petes Garage LLC

Powered by Intuit Payroll




**PETE'S GARAGE, LLC**
400 CALVIN STREET
DUNMORE, PA 18512
(570) 344-6126

**PAYROLL CHECK**

Community BANK
Community Bank, N.A. | cbna.com
50-755/213

3909

9/26/2025

PAY TO THE ORDER OF   Daniel R Jones   $ **271.56

Two Hundred Seventy-One and 56/100************************************************************ DOLLARS

Daniel R Jones
5 Havenstrite Lane
Covington Twp, PA 18424

MEMO
Pay Period: 09/14/2025 - 09/20/2025

AUTHORIZED SIGNATURE

⑆003909⑆ ⑈021307559⑈ 2902059746⑈

---

**PETE'S GARAGE, LLC**

3909

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Daniel R Jones, 5 Havenstrite Lane, Covington Twp, PA 18424 | | | | | ***-**-2945 |

Pay Period: 09/14/2025 - 09/20/2025        Pay Date: 09/26/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| AM Run | 5.00 | 51.50 | 257.50 | 3,160.50 |
| PM Run | 1.00 | 51.50 | 51.50 | 2,107.50 |
| Mid-Day Run | | | 0.00 | 35.00 |
| F&A Base | | | 0.00 | 250.00 |
| F&A-Add'l Hours | | | 0.00 | 285.00 |
| Van Run AM | | | 0.00 | 110.00 |
| Partial Run | | | 0.00 | 150.00 |
| Dun/Scr Mileage | | | 0.00 | 153.30 |
| Pres / Colum Day / Thanksgivi | | | 0.00 | 60.00 |
| Am S | | | 0.00 | 40.00 |
| Pm S | | | 0.00 | 75.00 |
| | 6.00 | | 309.00 | 6,426.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Covington Twp | -3.09 | -64.26 |
| Federal Withholding | 0.00 | -42.00 |
| Social Security Employee | -19.16 | -398.43 |
| Medicare Employee | -4.48 | -93.18 |
| PA - Withholding | -9.49 | -197.31 |
| PA - Unemployment Employee | -0.22 | -4.50 |
| | -36.44 | -799.68 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -1.00 | -27.00 |
| Net Pay | 271.56 | 5,599.62 |

Powered by Intuit Payroll

# PETE'S GARAGE, LLC
400 CALVIN STREET
DUNMORE, PA 18512
(570) 344-6126

## PAYROLL CHECK



**Community BANK**
Community Bank, N.A. | cbna.com
50-755/213

3997

10/3/2025

PAY TO THE ORDER OF  Daniel R Jones          $ **161.74

One Hundred Sixty-One and 74/100************************************************************* DOLLARS

Daniel R Jones
5 Havenstrite Lane
Covington Twp, PA 18424

MEMO    Pay Period: 09/21/2025 - 09/27/2025

AUTHORIZED SIGNATURE

⑆003997⑆ ⑈021307559⑈ 2902059746⑈

---

**PETE'S GARAGE, LLC**                                                            3997

| Employee | | | | SSN |
|---|---|---|---|---|
| Daniel R Jones, 5 Havenstrite Lane, Covington Twp, PA 18424 | | | | ***-**-2945 |

Pay Period: 09/21/2025 - 09/27/2025    Pay Date: 10/03/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| F&A Base | 1.00 | 50.00 | 50.00 | 300.00 |
| F&A-Add'l Hours | 1.50 | 15.00 | 22.50 | 307.50 |
| AM Run | 2.00 | 51.50 | 103.00 | 3,263.50 |
| Dun/Scr Mileage | 30.00 | 0.30 | 9.00 | 162.30 |
| PM Run | | | 0.00 | 2,107.50 |
| Mid-Day Run | | | 0.00 | 35.00 |
| Van Run AM | | | 0.00 | 110.00 |
| Partial Run | | | 0.00 | 150.00 |
| Pres / Colum Day / Thanksgivi | | | 0.00 | 60.00 |
| Am S | | | 0.00 | 40.00 |
| Pm S | | | 0.00 | 75.00 |
| | 4.50 | | 184.50 | 6,610.80 |

| | Current | YTD Amount |
|---|---|---|
| | -21.76 | -821.44 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -1.00 | -28.00 |
| Net Pay | 161.74 | 5,761.36 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Covington Twp | -1.85 | -66.11 |
| Federal Withholding | 0.00 | -42.00 |
| Social Security Employee | -11.44 | -409.87 |
| Medicare Employee | -2.68 | -95.86 |
| PA - Withholding | -5.66 | -202.97 |
| PA - Unemployment Employee | -0.13 | |

Pete's Garage, LLC, 400 E. Drinker St., Dunmore, PA 18512, Pete's Garage LLC

Powered by Intuit Payroll




**PETE'S GARAGE, LLC**
400 CALVIN STREET
DUNMORE, PA 18512
(570) 344-6126

**PAYROLL CHECK**



**Community BANK**
Community Bank, N.A. | cbna.com
50-755/213

4088

10/10/2025

PAY TO THE ORDER OF   Daniel R Jones                                $ **89.86

Eighty-Nine and 86/100************************************************************ DOLLARS

Daniel R Jones
5 Havenstrite Lane
Covington Twp, PA 18424

MEMO

Pay Period: 09/28/2025 - 10/04/2025

⑃004088⑃ ⑊021307559⑊ 2902059746⑃

---

**PETE'S GARAGE, LLC**

4088

| Employee | | | | | SSN |  |  |
|---|---|---|---|---|---|---|---|
| Daniel R Jones, 5 Havenstrite Lane, Covington Twp, PA 18424 | | | | | ***-**-2945 | | |
| | | | | | Pay Period: 09/28/2025 - 10/04/2025 | | Pay Date: 10/10/2025 |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | -12.14 | -833.58 |
| AM Run | 2.00 | 51.50 | 103.00 | 3,366.50 | | | |
| PM Run | | | 0.00 | 2,107.50 | Adjustments to Net Pay | Current | YTD Amount |
| Mid-Day Run | | | 0.00 | 35.00 | LST | -1.00 | -29.00 |
| F&A Base | | | 0.00 | 300.00 | | | |
| F&A-Add'l Hours | | | 0.00 | 307.50 | | | |
| Van Run AM | | | 0.00 | 110.00 | Net Pay | 89.86 | 5,851.22 |
| Partial Run | | | 0.00 | 150.00 | | | |
| Dun/Scr Mileage | | | 0.00 | 162.30 | | | |
| Pres / Colum Day / Thanksgivi | | | 0.00 | 60.00 | | | |
| Am S | | | 0.00 | 40.00 | | | |
| Pm S | | | 0.00 | 75.00 | | | |
| | 2.00 | | 103.00 | 6,713.80 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | |
| Covington Twp | | | -1.03 | -67.14 | | | |
| Federal Withholding | | | 0.00 | -42.00 | | | |
| Social Security Employee | | | -6.39 | -416.26 | | | |
| Medicare Employee | | | -1.49 | -97.35 | | | |
| PA - Withholding | | | -3.16 | -206.13 | | | |
| PA - Unemployment Employee | | | -0.07 | -4.70 | | | |

Pete's Garage, LLC, 400 E. Drinker St., Dunmore, PA 18512, Petes Garage LLC

Powered by Intuit Payroll




**PETE'S GARAGE, LLC**
400 CALVIN STREET
DUNMORE, PA 18512
(570) 344-6126

**PAYROLL CHECK**

Community BANK
Community Bank, N.A. | cbna.com
50-755/213

4180

10/17/2025

PAY TO THE ORDER OF    Daniel R Jones                $ **165.81

One Hundred Sixty-Five and 81/100************************************************************ DOLLARS

Daniel R Jones
5 Havenstrite Lane
Covington Twp, PA 18424

MEMO    Pay Period: 10/05/2025 - 10/11/2025

⑆004180⑆ ⑈021307559⑈ 2902059746⑈

---

**PETE'S GARAGE, LLC**

4180

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Daniel R Jones, 5 Havenstrite Lane, Covington Twp, PA 18424 | | | | | ***-**-2945 |

Pay Period: 10/05/2025 - 10/11/2025     Pay Date: 10/17/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| F&A Base | 2.00 | 50.00 | 100.00 | 400.00 |
| F&A-Add'l Hours | 3.00 | 15.00 | 45.00 | 352.50 |
| Dun/Scr Mileage | 147.00 | 0.30 | 44.10 | 206.40 |
| AM Run | | | 0.00 | 3,366.50 |
| PM Run | | | 0.00 | 2,107.50 |
| Mid-Day Run | | | 0.00 | 35.00 |
| Van Run AM | | | 0.00 | 110.00 |
| Partial Run | | | 0.00 | 150.00 |
| Pres / Colum Day / Thanksgivi | | | 0.00 | 60.00 |
| Am S | | | 0.00 | 40.00 |
| Pm S | | | 0.00 | 75.00 |
| | 5.00 | | 189.10 | 6,902.90 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Covington Twp | -1.89 | -69.03 |
| Federal Withholding | 0.00 | -42.00 |
| Social Security Employee | -11.72 | -427.98 |
| Medicare Employee | -2.74 | -100.09 |
| PA - Withholding | -5.81 | -211.94 |
| PA - Unemployment Employee | -0.13 | -4.83 |
| | -22.29 | -855.87 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -1.00 | -30.00 |
| Net Pay | 165.81 | 6,017.03 |

Pete's Garage, LLC, 400 E. Drinker St., Dunmore, PA 18512, Petes Garage LLC

Powered by Intuit Payroll