Certificate Number: 17082-PAM-DE-040280164

Bankruptcy Case Number: 25-03021



17082-PAM-DE-040280164

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2025, at 4:11 o'clock PM MST, DANIEL R JONES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 5, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director