# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel R Jones,<br>aka Daniel Robert Jones, aka Danny Jones, aka Daniel Jones, aka Dan Jones,<br>**Debtor 1** | Chapter 7<br><br>Case No. 5:25−bk−03021−MJC |

Social Security No.:
xxx−xx−2945

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 29, 2026

**fnldecac** (05/18)